IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CURTIS EDWARD NELSON,          )
                               )
     Plaintiff,                )
                               )          CIVIL ACTION NO.
     v.                        )           2:14cv855-MHT
                               )               (WO)
SGT. EDWARD D. HAYNES,         )
et al.,                        )
                               )
     Defendants.               )

OPINION AND ORDER

Pending before the court is the recommendation of
the United States Magistrate Judge that the plaintiff's
motion for preliminary injunction be denied as moot.
No objections have been filed.  Upon an independent and
de novo review of the record and upon consideration of
the recommendation, it is the ORDER, JUDGMENT and
DECREE of the court that:

     1.   The recommendation of the magistrate judge
(doc. no. 44) is adopted.

     2.   Plaintiff's motion for preliminary injunction
(doc. no. 28) is denied.

3.   This case is referred back to the magistrate judge for further proceedings.

DONE, this the 19th day of February, 2015.

　　　　　　　　　　　　　　　　__/s/ Myron H. Thompson_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE