IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS EDWARD NELSON, <br> AIS # 175965, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD D. HAYNES, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO.: 2:14cv855-CSC <br> )                     [WO] <br> ) <br> ) <br> ) |

**O R D E R**

On February 22, 2016, the court held a scheduling conference in this matter. At that time, the parties agreed to participate in mediation. The court informed the plaintiff of the possibility of securing an attorney to assist him in mediation. The court has been unable to find a lawyer willing to undertake appointment. However, based on the parties' prior agreement to participate in mediation, the Chief United States Magistrate Judge of this district will by separate order schedule a mediation in this courthouse.

Pending before the court is the plaintiff's motion for appointment of counsel (doc. # 95). Upon consideration of that motion, it is

ORDERED that the motion for appointment of counsel (doc. # 95) be and is hereby DENIED.

Done this 19th day of April, 2016.

                                                     /s/Charles S. Coody
                                                     CHARLES S. COODY
                                                     UNITED STATES MAGISTRATE JUDGE