IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS EDWARD NELSON, ) | |
| AIS # 175965, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:14cv855-CSC |
| ) | [WO] |
| EDWARD D. HAYNES, *et al*., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On June 6, 2016, the plaintiff filed a "complaint to recover a sum certain" (doc. # 105) which the court construes as a motion to amend the complaint. He also filed a motion for appointment of counsel (doc. # 104). Upon consideration of the motions, and for good cause, it is

ORDERED that, to the extent that the motion to amend (doc. # 105) clarifies his request for damages, the motion to amend be and is hereby GRANTED. The motion to amend is DENIED in all other respects. It is further

ORDERED that the motion for appointment of counsel (doc. # 104) be and is hereby DENIED.

Done this 7th day of June, 2016.

                /s/Charles S. Coody
                CHARLES S. COODY
                UNITED STATES MAGISTRATE JUDGE